**MILLER, M.**

v.

**UCBR**

308 CD 2017

Commonwealth Court of Pennsylvania.

09/20/2017

Unemployment Compensation Board of Review, B–595470

Affirmed

---

**MOORE, B.**

v.

**OOR (DOC)**

1638 CD 2016

Commonwealth Court of Pennsylvania.

09/21/2017

Office of Open Records, AP 2016–1313

Vacated/Remanded

---

**PERKINS, I.**

v.

**WCAB (ELLWOOD QUALITY STEELS CO.)**

1949 CD 2016

Commonwealth Court of Pennsylvania.

09/21/2017

Workers' Compensation Appeal Board, A15–1020

Affirmed

---

**MORTON, R.**

v.

**PBPP**

2023 CD 2016

Commonwealth Court of Pennsylvania.

09/21/2017

Board of Probation & Parole, Parole # 702–GY

Affirmed